IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TURBOCODE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  6:21-cv-359-ADA |
| | § | |
| DELL TECHNOLOGIES INC. and DELL INC., | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ON JOINT MOTION TO TRANSFER VENUE**
**TO THE AUSTIN DIVISON**

Before the Court is the Joint Motion to Transfer Venue to the Austin Division. Having fully considered the Motion, the Court hereby GRANTS the joint motion. The portion of this Court's Order (ECF 19) staying discovery other than venue, jurisdictional, and claim construction-related discovery is modified solely for the limited purpose of the parties exchanging certain documents and information regarding the sales of accused products and prior licenses to the patent-in-suit, which the parties are hereby ordered to exchange without awaiting a discovery request or further order of the Court. This action is transferred to the Austin Division.

SIGNED and Entered this 29th day of March, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE